John P. Stift, appellee, v. City of Chicago et al., appellants. Gen. No. 29,022.

Petition for mandamus to compel certification and appointment of petitioner as captain in fire department. Writ awarded. Appeal from the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed with a finding of facts. Opinion filed May 27, 1924.

Francis X. Busch, Corporation Counsel, for appellants; Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

John Majerus, appellant, v. Margaret Bredehoft and Ida Fisher, appellees. Gen. No. 29,029.

Judgment for damages upon *ne exeat republica* bond. Appeal from the Municipal Court of Chicago; the Hon. W. H. Foster, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924.

Kraft, Kraft & Erskine, for appellant. Bamberger & Neumer, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

---

C. C. Smith, appellee, v. A. M. Buker and Norman Litchfield, appellants. Gen. No. 29,038.

Action to recover unpaid purchase price of motor truck. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Emanuel Eller, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924.

Campbell & Fischer, for appellants. Edward H. Taylor, for appellee; James H. Mahoney, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

George H. Carr, appellee, v. Grand Trunk Western Railway Company, appellant. Gen. No. 29,047.

Action for damage to automobile struck by train at highway crossing. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed May 27, 1924.

Kretzinger, Kretzinger & Smith, for appellant. Justin K. Orvis, for appellee.

Mr. Justice Barnes delivered the opinion of the court.